IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| **ANTHONY A. GOODMAN,** | ) | CV-06-31-BU-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATIONS OF** |
| **UNUMPROVIDENT CORPORATION,** | ) | **U.S. MAGISTRATE JUDGE** |
| **a.k.a. PROVIDENT LIFE AND** | ) | |
| **ACCIDENT INSURANCE COMPANY,** | ) | |
| **JEFFERSON PILOT FINANCIAL** | ) | |
| **INSURANCE COMPANY, f.k.a. UNITED** | ) | |
| **LIFE AND ACCIDENT INSURANCE** | ) | |
| **COMPANY, and CHUBB LIFE** | ) | |
| **INSURANCE COMPANY OF** | ) | |
| **AMERICA, JOHN DOES I-IV** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On July 18, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends this Court deny Plaintiff's motion to remand.

1

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections.  28 U.S.C. § 636(b)(1).  In this matter, no party filed objections to the July 18, 2006 Findings and Recommendation.  Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999).  However, failure to object does not relieve this Court of its burden to review de novo the magistrate judge's conclusions of law.  *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (*Doc. 12*) is **DENIED.**

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 14th day of August, 2006.

    __/s/ Richard F. Cebull_____
    RICHARD F. CEBULL
    UNITED STATES DISTRICT JUDGE

cc:
Michael Cok
Kent Koolen
Robert Guite
Joseph Seifert